UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| US BANK NA,<br><br>        Plaintiff,<br><br>  v.<br><br>AUXILLIA DELGADILLO et al,<br><br>        Defendant.<br>_____/ | Case Number: CV10-00484 MHP<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 9, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Auxillia Delgadillo
118 West 9th Street
Antioch, CA 94509

David R Endres
The Endres Law Firm
2121 2nd Street, Suite C105
Davis, CA 95618

Dated: February 9, 2010

                                                    Richard W. Wieking, Clerk
                                                    By: Anthony Bowser, Deputy Clerk